STATE OF NEW JERSEY v. ANTHONY JACKSON.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE SIMS CARPENTER.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THURMAN JOHNSON.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR L. JOHNSON.

May 22, 1984.

Petition for certification denied.